**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Diana Wynter,

               Plaintiff,                       19 **CIVIL** 5592 (AT)(RWL)

      -v-                                     **JUDGMENT**

Nancy A. Berryhill, Acting Commissioner of
Social Security,
               Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2020, the R&R is ADOPTED in its entirety. Defendant's motion for judgment on the pleadings is DENIED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should further develop the record to ascertain the identity of the physician who completed the currently unattributed medical source opinion from Montefiore Medical Center. Further, notwithstanding the absence of error with respect to the other arguments raised by Plaintiff, the ALJ should reconsider all aspects of her determination in light of any new information received; accordingly, the case is closed.

**Dated:** New York, New York
         September 18, 2020

                                                          **RUBY J. KRAJICK**
                                                         _____
                                                          **Clerk of Court**
                                    **BY:**   _K. Mango_____
                                                           **Deputy Clerk**